UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CINDY CORDRAY,

           Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

CASE NO. C15-791 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**.

(2)    Defendant's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration consistent with the R&R.

(3)    Judgment is for Plaintiff and this case should be closed.

Dated this 11th day January, 2016.

                                              BENJAMIN H. SETTLE
                                              United States District Judge

ORDER